James MESSER, Jr.,
Petitioner/Appellant,

v.

Ralph KEMP, Warden, Georgia Diagnostic and Classification Center, Respondent/Appellee.

No. 86–8506.

United States Court of Appeals, Eleventh Circuit.

July 8, 1986.
Rehearing and Rehearing En Banc Denied Sept. 5, 1986.

See also, 11th Cir., 794 F.2d 572.

Howard Manchel, Robert L. McGlasson, Atlanta, Ga., for petitioner/appellant.

Mary Beth Westmoreland, Asst. Atty. Gen., William B. Hill, Sr. Asst. Atty. Gen., Atlanta, Ga., for respondent/appellee.

Before RONEY, HILL and FAY, Circuit Judges.

BY THE COURT:

We deny the application for a certificate of probable cause for the reasons stated by the district court in its opinion. We expand upon the conclusions therein to the extent that were we to consider the *Ake* claim on its merits we would find that petitioner has failed to make out a "colorable claim" based upon the record presented. Multiple requests for funds for a private psychiatric examination, standing alone, are insufficient.

The stay of execution entered earlier expires at 10:00 a.m. E.D.T. on Wednesday, July 9, 1986.